**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DYLAN BOWDEN,

    Plaintiff,

v.                                          Case No. 6:22-cv-1029-WWB-LHP

WVC SERVICES, LLC,

    Defendant.
_____/

## **ORDER**

THIS CAUSE is before the Court on the parties' Joint Motion to Approve Settlement and Dismiss Action With Prejudice (Doc. 13). United States Magistrate Judge Leslie Hoffman Price issued a Report and Recommendation (Doc. 15), in which she recommends that the Motion be granted.

After a de novo review of the record, and noting that the parties filed a Joint Notice of No Objection (Doc. 16), the Court agrees entirely with the analysis in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 15) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The parties' Joint Motion to Approve Settlement and Dismiss Action With Prejudice (Doc. 13) is **GRANTED**. The Court finds the Settlement Agreement (Doc. 13-1) to be a fair and reasonable settlement of Plaintiff's claims under the FLSA.

3. The Clerk is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida on October 18, 2022.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record